# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Darrell W. Helms, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00229-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2018 Order.

March 26, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court